AO 91 (Rev. 08/09)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | | |
|---|---|---|
| United States of America<br>v.<br><br>RICARDO MAXWELL, JR.<br><br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>) | Case No.  **1:26-mj-00246** |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____January 1 and 2, 2025_____ in the county of _____Hamilton_____ in the

___Southern___ District of _____Ohio_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in Possession of a Firearm. |

This criminal complaint is based on these facts:

See Affidavit

☑ Continued on the attached sheet.

ELENA SCHMITT  Digitally signed by ELENA SCHMITT
Date: 2026.03.27 15:43:46 -04'00'
_____
*Complainant's signature*

Elena Schmitt, Special Agent ATF
_____
*Printed name and title*

Attested to by the applicant by reliable electronic means, specifically, FaceTime video conference, in accordance with the requirements of Fed. R. Crim. 4.1.

Date:  **Mar 27, 2026**
_____
*Stephanie K. Bowman*
_____
*Judge's signature*

City and state:  _____Cincinnati, Ohio_____     Hon. Stephanie K. Bowman, U.S. Magistrate Judge
_____
*Printed name and title*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | |
|---|---|
| **IN THE MATTER OF A CRIMINAL COMPLAINT AND ARREST WARRANT FOR RICARDO MAXWELL JR** | **Case No.**   **1:26-mj-00246** <br><br> **Filed Under Seal** |

**AFFIDAVIT IN SUPPORT OF**
**A CRIMINAL COMPLAINT AND ARREST WARRANT**

I, Elena Schmitt, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1.      This affidavit is submitted in support of a criminal complaint and arrest warrant for Ricardo Maxwell Jr., charging him with: felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1).

2.      I have been a Special Agent (SA) with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) since July 2022.  As a part of my training with ATF, I graduated from the Federal Law Enforcement Training Center, Criminal Investigator School, located in Glynco, Georgia.  I also graduated from the ATF Special Agent Basic Training Academy, located in Glynco, Georgia, in June 2023, where I received training in firearms investigative techniques.  As a SA with ATF, I have been assigned to the Cincinnati Field Office in the Southern Judicial District of Ohio. Prior to my employment with ATF, I was a member of the Great American Insurance Group in Cincinnati, Ohio, where I served as a member of the Corporate Security Team. I was employed in that capacity from April 2021 to June 2022. I was also a member of New Path Child and Family Solutions, formerly known as "St. Joseph Orphanage," as a seasonal developmental associate from October 2020 to July 2021. I am a graduate of the University of Cincinnati where I received a bachelor's degree in criminal justice in 2021.  I have participated in the execution of

multiple state and federal search warrants, as well as arrest operations involving narcotics traffickers and violent offenders. I have participated in operations that have resulted in seizures of narcotics, currency, firearms, and vehicles. As a result, I have learned various methods employed by people who illegally possess and/or traffic firearms.

3. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and arrest warrant, and does not set forth all of my knowledge about this matter.

## PROBABLE CAUSE

4. On January 1, 2025, law enforcement received a 911 call from a family member of Ricardo Maxwell, Jr. (the family member will be referred to here as "Family-1"). Family-1 was physically disabled and required a walking cane for mobility. Family-1 told 911 that Ricardo Maxwell, Jr. had assaulted them with their cane, pulled a gun, and threatened them. Family-1 told law enforcement that Maxwell Jr. was physically abusing them. Law enforcement responded to 3545 Wilson Avenue, and located both Maxwell Jr. and Family-1.

5. On January 2, 2025, Family-1 went to Cincinnati Police Department, District 4, and told law enforcement they wanted to pursue domestic violence charges against Maxwell Jr. Family-1 explained that they had been threatened with guns and rifles possessed by Ricardo Maxwell Jr., and those firearms were inside the house at 3545 Wilson Avenue. Family-1 was the legal owner of the house, and had allowed Maxwell Jr. to temporarily live in the house. Family-1 had made efforts to evict Maxwell Jr., who did not cooperate. According to Family-1, Maxwell Jr. had been living on the third floor of the residence. Family-1 and another individual

2

("Individual-1") explained that Maxwell Jr. was in possession of multiple firearms in the residence, including a rifle.

6.    On January 2, 2025, law enforcement executed a search warrant at 3545 Wilson Avenue.  In the third floor area, which contained a bedroom and a living space/kitchen law, enforcement located evidence that Maxwell Jr. was living in and using the area, including Maxwell Jr's US Passport (in the living area) and a Duke Energy bill addressed to Ricardo Maxwell at 3545 Wilson Ave. (on a night stand next to the bed in the bedroom).  In addition, law enforcement located two firearms:

    a.  A Sarsillmaz SAR-9 Pistol, bearing SN# T110221BV41252, on top of kitchenet cabinet in the third floor living area.

    b.  An American Tactical Omni Hybrid multi-caliber rifle, bearing SN# NS265343, behind the bed in the bedroom (near the Duke energy bill).

7.    In addition to the firearms, in the third floor of the residence law enforcement located a box of 38 SPL cartridges, 2 boxes of .22 cartridges, a ziplock bag containing 9mm cartridges, and additional boxes of .22 cartridges and 9mm cartridges.  Law enforcement also located a bag of white powder along with a drug scale in a cabinet of the kitchenette counter.  The white powder tested negative for controlled substances, but the residue from the digital scale tested positive for a mixture and substance containing fentanyl.

8.    I know that, prior to January 2, 2025, Maxwell Jr. was a convicted felon who was therefore unable to legally possess firearms.  On August 11, 2017, Maxwell Jr. pled guilty to three counts of Aggravated Drug Trafficking (one Felony 3, and two Felony 4's).  The plea form signed by Maxwell Jr. in that case confirmed that those offenses were punishable by a term of

imprisonment of more than a year.  In September of 2017, Maxwell Jr. was sentenced to three years of community control.

9.     With regard to the firearms located in the third-floor area of the residence, the Sarsillmaz, model SAR-9, bearing serial number T110221BV41252, was manufactured in Istanbul Turkey.  The American Tactical, model Omni Hybrid, multi caliber rifle bearing serial number NS265343, was manufactured in Rochester, Ney York. As such, before those firearms arrived in the Southern District of Ohio, where they were located on January 2, 2025, they would have travelled in interstate commerce.

10.     The SAR-9 and Omni Hybrid were sent to the lab for DNA testing, and comparison to known DNA samples from Maxwell Jr.  The lab found that a DNA profile was identified from the slide, frame and grip of the SAR-9, and the lab concluded that: "major and minor DNA profiles were identified. The major DNA profile is a mixture of two individuals where Ricardo Maxwell Jr, Item 2, cannot be excluded as a possible major contributor. Statistics were calculated on sixteen of the loci examined. The portion of the population that cannot be excluded from having contributed to this mixture of major DNA profiles is approximately 1 in 270 million 200 thousand individuals."  Based on my training and experience, I understand this to mean that the DNA on the firearm almost certainly came from Maxwell Jr.

11.     Law enforcement obtained the cell phones used by Maxwell Jr., and reviewed those phones pursuant to a search warrant.  In those phones, law enforcement located evidence that Maxwell Jr. was a member of a violent street gang, possessed other firearms, and discussed violent criminal activity.

## CONCLUSION

12.     Based on evidence obtained as a result of this investigation, I believe that probable cause exists that Maxwell Jr. committed the following violation of federal law: felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1).

Respectfully submitted,

ELENA SCHMITT
Digitally signed by ELENA SCHMITT
Date: 2026.03.27 15:44:01 -04'00'

Special Agent Elena Schmitt, ATF

Subscribed and sworn to before me by reliable electronic means, specifically, FaceTime video conference, in accordance with the requirements of Fed. R. Crim. P. 4.1, on March ___27___, 2026.

Hon. Stephanie K. Bowman
United States Chief Magistrate Judge

5