## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO.   1:26-cr-43 |
| Plaintiff, | : | |
| | : | JUDGE   Cole |
| v. | : | |
| | : | **INDICTMENT** |
| RICARDO MAXWELL JR., | : | |
| | : | 18 U.S.C. § 922(g)(1) |
| Defendant. | : | |
| | : | FORFEITURE ALLEGATION |

THE GRAND JURY CHARGES:

### COUNT 1
### (Possession of a Firearm by a Prohibited Person)

On or about January 2, 2025, in the Southern District of Ohio, the defendant, **RICARDO MAXWELL JR.,** knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, that is, a Sarsilmaz SAR-9 Pistol, bearing serial number T110221BV41252, and an American Tactical Omni Hybrid multi-caliber rifle, bearing serial number NS265343, which firearms were in and affecting interstate commerce.

**In violation of 18 U.S.C. § 922(g)(1).**

### FORFEITURE ALLEGATION

Upon conviction of the offense set forth in Count 1 of this Indictment, the defendant, **RICARDO MAXWELL JR.,** shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in or used in the commission of such violation, including but not limited to a Sarsilmaz SAR-9 Pistol, bearing serial number T110221BV41252, with any attachments, and an American Tactical Omni Hybrid multi-caliber rifle, bearing serial number NS265343, with any attachments.

## SUBSTITUTE ASSETS

If any of the property described above, as a result of any act or omission of the defendants:

    a.      cannot be located upon the exercise of due diligence;

    b.      has been transferred or sold to, or deposited with, a third party;

    c.      has been placed beyond the jurisdiction of the court;

    d.      has been substantially diminished in value; or

    e.      has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p) or as incorporated by 28 U.S.C. § 2461(c), to seek forfeiture of any other property of the defendants, up to the value of the property described above.

A TRUE BILL.

/s/

_____

**GRAND JURY FOREPERSON**

**DOMINICK S. GERACE, II**
**UNITED STATES ATTORNEY**

_____

**FREDERIC C. SHADLEY**
**DANIELLE MARGEAUX**
**ASSISTANT UNITED STATES ATTORNEY**